## File Hashes for IP Address 96.255.181.199

**ISP:** Verizon FiOS
**Physical Location:** Vienna, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/17/2014 14:29:39 | 7476A27C412142B3B4F7488774E082B016CB548A | A Thought of You Part 2 |
| 05/17/2014 14:29:21 | DBD301B2DF86F3AB697E7577ACFE0BF09C4EC7A8 | Rope Priority |
| 04/28/2014 02:30:25 | 8E099E1065026C5FB542D254B4B5B1C68F490DE8 | Surprise Surprise |
| 04/20/2014 00:44:08 | 7F54C1C11CCF377FC2CD5059E935A0AEA68B4D4C | My Days in Rome |
| 04/18/2014 15:57:37 | 55476DB0F16D822FE4E53445C15669823FB3B57E | Double Tease |
| 04/14/2014 02:15:10 | A5123B790D8135E347F892538A87232A61BB0F8F | Floating Emotions |
| 04/14/2014 02:11:10 | 0A9495760C51B2EA408ADC90C8A41AC17F67A425 | Catching Up |
| 04/04/2014 17:17:38 | A0C31FFCC9699E734C614D0F426265BDDB915E7A | Lonesome Without You |
| 03/19/2014 02:34:42 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |
| 03/12/2014 02:00:12 | 7ABED412138D7059D8987C376AB09B04D47AC3A0 | Sweet Dreamers |
| 03/12/2014 01:41:33 | 3B247FBCB380784F9319AA4BD63BCB598878E9ED | Remembering Strawberry Wine |
| 03/08/2014 16:36:47 | F26E5EE13E5E9304290A9AADCA4F49390A62D7DF | Trophy Wife |
| 02/07/2014 22:05:14 | C0CA0AD09D1D6864D4DE778634366CB96C2921AC | Risky Business |
| 02/07/2014 21:34:29 | EA6D5FCBB71047923139D455FAD0452434F44905 | Submissive Seduction |
| 02/07/2014 21:19:14 | 075F4C7EE0EA4929091035DD533F85D5BB120D6F | It Has Always Been You |
| 01/29/2014 02:38:26 | 984100104DB276E9534032091A714D6D9A80F856 | I Can Not Wait |
| 01/18/2014 00:23:35 | A6FD1EB10BF4DC02E02407F5F364C9448F04FE94 | Good Night Kiss |
| 01/14/2014 02:10:39 | BA6F7049F5D9291359EB8DC20732498C8697CAC3 | Photo Finish |
| 01/09/2014 04:44:41 | 185DBF8520702D7E84EBEF4261360E1DA2185F29 | In for the Night |
| 01/09/2014 04:26:02 | 6D93BC253AF031F2FA798F4F3CF33D3D519118C7 | Creamy |
| 12/02/2013 00:51:52 | 843EF8526A97A7FAD1D44A326D8920A727F6A1E4 | So Right Its Wrong |
| 11/25/2013 01:17:34 | FFE60F04D31BB1A1BAE5BD4D36E715C25127C18B | Girls Love Pink and Diamonds |

**EXHIBIT A**

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/24/2013 19:43:47 | 4DD9B2F3874D22B1077AE0AC8FDB1B56BDF3FEF0 | Girls Who Like Girls |
| 11/24/2013 19:40:34 | A816B307284BFBD25CEF06E4CDC90EC20FFADCE5 | Alone Is A Dream Left Behind |
| 11/24/2013 13:06:29 | 33CD63345E3F1D88334A4A0ABA969A3696475B48 | Malibu Moments |
| 11/24/2013 05:15:23 | A86EA62D33195C068D558B1354FBCC2B1A4498D9 | We Love Ourselves |
| 11/24/2013 04:53:16 | 8A8C28B024A2EA69AFE1453DBFA98B89378165F5 | She Bad |
| 11/24/2013 04:43:41 | E2C949B309BF872C7CCB932B4F4512AA0BD5B3A0 | Introducing Mila |
| 11/24/2013 04:34:50 | 858BCD8CD558A41168ADB51744DF1A925CFB93A5 | Ready or Not |
| 11/19/2013 20:35:30 | E3DDA7E76207E9CCD7E4B053F6935057806208FE | First and Forever |
| 11/19/2013 19:44:33 | 2C8A7466BC29E20CE3A85A781576E5B964E7E54C | They Meet Again |

**Total Statutory Claims Against Defendant: 31**