## Copyrights-In-Suit for IP Address 96.255.181.199

**ISP:** Verizon FiOS
**Location:** Vienna, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/17/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/19/2014 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 11/24/2013 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/14/2014 |
| Creamy | PA0001874617 | 01/02/2014 | 01/05/2014 | 01/09/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/18/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 11/19/2013 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/14/2014 |
| Girls Love Pink and Diamonds | PA0001862290 | 09/05/2013 | 09/08/2013 | 11/25/2013 |
| Girls Who Like Girls | PA0001852676 | 06/20/2013 | 06/27/2013 | 11/24/2013 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 01/18/2014 |
| I Can Not Wait | PA0001877473 | 01/27/2014 | 01/31/2014 | 01/29/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/09/2014 |
| Introducing Mila | PA0001859652 | 07/23/2013 | 08/01/2013 | 11/24/2013 |
| It Has Always Been You | PA0001878424 | 02/06/2014 | 02/13/2014 | 02/07/2014 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 04/04/2014 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 11/24/2013 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 04/20/2014 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 01/14/2014 |
| Ready or Not | PA0001852675 | 06/18/2013 | 06/27/2013 | 11/24/2013 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/12/2014 |

EXHIBIT B

EVA52

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/07/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/17/2014 |
| She Bad | PA0001862295 | 08/30/2013 | 09/08/2013 | 11/24/2013 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/02/2013 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 02/07/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 04/28/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 03/12/2014 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 11/19/2013 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/08/2014 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 11/24/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 31**